1  John R. Climaco (Ohio #0011456)
   jrclim@climacolaw.com
2  Lisa Ann Gorshe (MN #029522X)
   lagors@climacolaw.com
3  CLIMACO, LEFKOWITX, PECA,
   WILCOX & GAROFOLI, CO., LPA
4  55 Public Square, Suite 1950
   Cleveland, OH 44113
5  Telephone: (216)621-8484
   Facsimile:  (216)771-1632
6

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates to:<br>Rhoda Foster, et al. v. Pfizer, Inc., et al.<br>(C 07 1259 CRB) | **STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFFS WITH PREJUDICE** |

Come now all remaining Plaintiffs in these actions, including, Rhoda and Marcus Foster and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions with prejudice, with each side bearing its own attorneys' fees and costs.

-1-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
**Case No. MDL NO. 1699**

| | |
|---|---|
| DATED: November 30, 2009 | By: /s/ John R. Climaco<br>John R. Climaco (Ohio #0011456)<br>jrclim@climacolaw.com<br>Lisa Ann Gorshe (MN #029522X)<br>lagors@climacolaw.com<br>CLIMACO, LEFKOWITX, PECA,<br>WILCOX & GAROFOLI, CO., LPA<br>55 Public Square, Suite 1950<br>Cleveland, OH 44113<br>Telephone: (216)621-8484<br>Facsimile: (216)771-1632<br><br>*Attorneys for Plaintiffs* |

-2-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
**Case No. MDL NO. 1699**

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: Dec. 14, 2009 | By: /s/ |
| 3 | | DLA PIPER LLP (US) |
| 4 | | 1251 Avenue of the Americas<br>New York, New York 10020 |
| 5 | | Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501 |
| 6 | | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: DEC 1 8 2009

Hon. Charles R. Breyer
United States District Court

-3-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
Case No. MDL NO. 1699